STATE v. PREVETTE

No. 203P83.

Case below: 61 N.C. App. 349.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 May 1983.

STATE v. ROGERS

No. 28P83.

Case below: 60 N.C. App. 217.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 May 1983. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 May 1983.

STATE v. SAMPLEY

No. 107P83.

Case below: 60 N.C. App. 493.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 May 1983. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 May 1983.

STATE v. SUGG

No. 172P83.

Case below: 61 N.C. App. 106.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 May 1983.